UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ODDIS VERMONT COLE,
    Plaintiff,

v.

F. GUILLEN, et al.,
    Defendants.

Case No. 15-cv-03017-DMR (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner currently incarcerated at California State Prison - Solano ("CSP-Solano"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction, and this matter has been assigned to the undersigned Magistrate Judge. Dkt. 1 at 4. Plaintiff has also filed an application for *in forma pauperis* status. Dkt. 2.

The acts complained of occurred at CSP-Solano, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

All pending motions are TERMINATED on this court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: July 24, 2015

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ODDIS VERMONT COLE,

    Plaintiff,

v.

F. GUILLEN, et al.,

    Defendants.

Case No. 4:15-cv-03017-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2015, I SERVED a true and correct copy(ies) of the Order of Transfer, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oddis Vermont Cole
K43562
California State Prison Solano
PO Box 4000
Vacaville, CA 95696

Dated: July 24, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

2