UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODDIS VERMONT COLE, | No. 2:15-cv-1613 GEB DB P |
| Plaintiff, | |
| v. | ORDER |
| F. GUILLEN, et al., | |
| Defendants. | |

A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

Dated: June 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1